UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOAQUIN MENDEZ PEREZ, INDIVIDUALLY
AND ON BEHALF OF OTHERS SIMILARLY
SITUATED,

                Plaintiffs,

- against -

HORNITOS RESTAURANT CORP., ET AL.,

                Defendants.

21-cv-6641 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The certificates of default as to Roberto Hernandez, Junior Hernandez, and Hornitos Restaurant Corp. (ECF Nos. 50-52) are vacated. The plaintiffs are directed to resubmit the corrected versions of their proposed certificates of default.

    The Clerk is advised that the proposed certificates of default that the plaintiffs filed on April 19, 2022 (ECF Nos. 55-57) are not duplicates of the certificates of default at ECF Nos. 50-52, but instead are corrected versions that remedy certain errors identified by the Court in those certificates of default.

SO ORDERED.

Dated:    New York, New York
           April 20, 2022

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                United States District Judge