UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOAQUIN MENDEZ PEREZ, INDIVIDUALLY
AND BEHALF OF OTHER SIMILARLY
SITUATED,

                Plaintiffs,

- against -

HORNITOS RESTAURANT CORP., ET AL.,

                Defendants.

---

21-cv-6641 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    On May 3, 2022, the Clerk of Court issued Certificates of Default as to all defendants. ECF No. 64-66. By Order dated May 10, 2022, the Court ordered the defendants to show cause by May 27, 2022, why an order for an entry of default judgment should not be issued. ECF No. 69. The plaintiff served the defendants with the Order and filed proof of service on May 11, 2022. ECF No. 70.

    Because the defendants have failed to respond by May 27, 2022, the plaintiff is entitled to a default judgment as to all defendants. The case is referred to the Magistrate Judge for an inquest on damages.

**SO ORDERED.**

Dated:    New York, New York
            July 8, 2022

                                                John G. Koeltl
                                        United States District Judge