```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────────

JOAQUIN MENDEZ PEREZ,
                                              21-cv-6641 (JGK)
                    Plaintiff,
                                              ORDER
     - against -

HORNITOS RESTAURANT CORP., ET AL.,

                    Defendants.
────────────────────────────────────────
```

**JOHN G. KOELTL, District Judge:**

On February 27, 2023, the Court referred this action to mediation and directed the parties to provide a status update within 7 days of the conclusion of the mediation. ECF No. 82. The mediation concluded on May 26, 2023, ECF No. 83, but to date, no status update has been submitted.

The parties are directed to submit a joint letter apprising the Court of the status of this case by **June 23, 2023.** If the parties have reached a settlement, then by that same deadline, the parties should submit their settlement proposal to this Court for settlement approval pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

**SO ORDERED.**

**Dated:   New York, New York**
**         June 16, 2023**

                              /s/ John G. Koeltl
                              ─────────────────────────
                                   **John G. Koeltl**
                           **United States District Judge**