# CSM LEGAL, P.C.

### Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

June 22, 2023

BY ECF
Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*[handwritten: Time to submit the Rule 68 Offer of Judgment et tendef to July 14, 2023. SO ORDERED. U.S.D.J. 7/5/23]*

Re:     Perez et al v. Hornitos Restaurant Corp. et al
        21-cv-06641

Your Honor:

This firm represents Plaintiff in the above-referenced matter.  The parties will be resolving this case through a Rule 68 Offer of Judgment (the "Offer") pursuant to Mei Xing Yu v. Hasaki Rest., Inc., 944 F.3d 395, 414 (2d Cir. 2019).  However, the parties need a bit more time to finalize the Offer and execute it.  As such, the parties respectfully request that the deadline to submit settlement materials to the Court by June 22, 2023 be converted to a deadline to submit the Offer, and be extended by two weeks.  This is the first request of its kind and is submitted on consent.

The parties thank the Court for its time and attention to this matter.

Respectfully Submitted,

 /s/Mary Bianco
Mary Bianco, Esq.
CSM Legal P.C.
*Attorneys for Plaintiff*