UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

JOAQUIN MENDEZ PEREZ, *individually and on behalf of others similarly situated,*

*Plaintiff,*

-against-

HORNITO'S RESTAURANT CORP. (D/B/A JIMBO'S HAMBURGER PALACE), ROBERTO HERNANDEZ, and JUNIOR HERNANDEZ

*Defendants.*
---------------------------------------------------------------X

Civil Action No. **21-cv-06641-AJN OTW**

**[Proposed Form Of] JUDGMENT**

## JUDGMENT

On July 6, 2023 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, JOAQUIN MENDEZ PEREZ, have judgment against HORNITO'S RESTAURANT CORP. (D/B/A JIMBO'S HAMBURGER PALACE), ROBERTO HERNANDEZ, and JUNIOR HERNANDEZ, jointly and severally, in the amount of Eighty Five Thousand Dollars and No Cents ($85,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2023

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE