**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

JOAQUIN MENDEZ PEREZ, *individually and on behalf of others similarly situated*,

Plaintiff,

-against-

HORNITO'S RESTAURANT CORP. (D/B/A JIMBO'S HAMBURGER PALACE), ROBERTO HERNANDEZ, and JUNIOR HERNANDEZ

Defendants.
-----------------------------------------------------------------X

Civil Action No. **21-cv-06641-AJN OTW**

[Proposed Form Of] **JUDGMENT**

## JUDGMENT

On July 6, 2023 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, JOAQUIN MENDEZ PEREZ, have judgment against HORNITO'S RESTAURANT CORP. (D/B/A JIMBO'S HAMBURGER PALACE), ROBERTO HERNANDEZ, and JUNIOR HERNANDEZ, jointly and severally, in the amount of Eighty Five Thousand Dollars and No Cents ($85,000.00), which is inclusive of attorneys' fees and costs.

Dated: 7/7, 2023

JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE